AO 91 (Rev. 01/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Eastern District of Washington

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2016

SEAN F. McAVOY, CLERK

| United States of America | ) | |
|---|---|---|
| v. | ) | |
| | ) | Case No. 1:16-mj-04172-MKD |
| JESSE A. DAUENHAUER | ) | |
| | ) | |
| *Defendant* | | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 08/13/2016 in the county of Yakima in the Eastern District of Washington, the defendant violated 18 U. S. C. § 922(g)(1), an offense described as follows:

having been convicted of a crime punishable by imprisonment for a term exceeding one year, to wit, Murder 2 on 02/15/1995 in the Superior Court of Yakima in the State of Washington, Cause No. 94-1-01205-9, did knowingly and intentionally receive and possess in and affecting interstate commerce, a firearm, to wit, an H&R model 686 .22LR caliber revolver with serial number AX094806, which had been shipped and transported in interstate commerce.

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

*Complainant's signature*

J. MARK KELLER, Task Force Officer
*Printed name and title*

Digitally signed by J. Mark Keller
DN: cn=J. Mark Keller, o=ATF, ou=Seattle Field Division, email=mark.keller@atf.gov, c=US
Date: 2016.08.18 08:42:45 -07'00'

☑ Sworn to telephonically and signed electronically.
☐ Sworn to before me and signed in my presence.

Aug 18, 2016, 8:49 am
Date: 08/18/2016

*Judge's signature*

City and state: Yakima, Washington

MARY K. DIMKE, U.S. Magistrate Judge
*Printed name and title*

AUSA assigned: AG