FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Aug 18, 2016

SEAN F. McAVOY, CLERK

COMPLAINT ATTACHMENT - 1:16-mj-04172-MKD

On August 13, 2016, at approximately 1755, Yakima Police Department officers were dispatched to 5461 W Powerhouse Road, Yakima, Washington, in reference to a traffic collision. Upon arrival, it was determined that Jesse A. DAUENHAUER was the driver and only occupant of the lone vehicle involved in the collision. Prior to the arrival of Yakima PD, a citizen had removed a revolver from the driver's side floorboard, which had been located by the gas and brake pedals, and placed it on the trunk of the vehicle. The revolver was later found to be an H&R model 686 .22LR caliber revolver with serial number AX094806. The cylinder for the revolver was not installed and was located in the vehicle subsequent to a state search warrant executed later by Yakima PD officers. Yakima PD determined that DAUENHAUER is a convicted felon.

H&R firearms are manufactured in Massachusetts. Therefore, if this firearm was received and/or possessed in the State of Washington, then it traveled in or affected interstate and or/foreign commerce.

_[signature: J. Mark Keller]_

Digitally signed by J. Mark Keller
DN: cn=J. Mark Keller, o=ATF, ou=Seattle Field Division,
email=mark.keller@atf.gov, c=US
Date: 2016.08.18 08:44:01 -07'00'

J. Mark Keller, Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives


SUBSCRIBED TO AND SWORN telephonically before me on this 18th day of August, 2016.

_[signature: M. K. Dimke]_
_____
MARY K. DIMKE
United States Magistrate Judge

