MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
ALVIN L. GUZMAN
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>  vs.<br><br>JESSE A. DAUENHAUER,<br><br>          Defendant. | NO: 1:16-MJ-04172-MKD<br><br>MOTION FOR DETENTION |

      The United States moves for pretrial detention of Defendant, pursuant to 18 U.S.C. § 3142(e) and (f).

      1.  <u>Eligibility of Case</u>.  This case is eligible for a detention order because the case involves (check one or more):

      ☐ Crime of violence (as defined in 18 U.S.C. § 3156(a)(4) which includes any felony under Chapter 109A, 110 and 117),

      ☐ Maximum penalty of life imprisonment or death,

      ☐ Drug offense with maximum penalty of 10 years or more,

      ☐ Felony, with two prior convictions in above categories,

      ☒ Felony that involves a minor victim or that involves the possession or use of a firearm or destructive device (as those terms are defined in section 921), or any other dangerous

1

weapon, or involves a failure to register under 18 U.S.C.
section 2250,

☒ Serious risk Defendant will flee, or

☐ Serious risk obstruction of justice.

2. <u>Reason For Detention</u>.  The Court should detain Defendant because there is no condition or combination of conditions which will reasonably assure (check one or both):

☒ Defendant's appearance as required, or

☒ Safety of any other person and the community.

3. <u>Rebuttable Presumption</u>.  The United States ( ☐ will or ☒ will not) invoke the rebuttable presumption against Defendant under Section 3142(e).  The presumption applies because there is probable cause to believe Defendant committed: If no, check nothing, if yes check all that apply

☐ Drug offense with maximum penalty of 10 years or more,

☐ 18 U.S.C. § 924(c) firearms offense, or

☐ Kidnaping, sexual crimes, or child pornography offenses, or Crime of violence (as defined in 18 U.S.C. § 3156(a)(4).

4. <u>Time For Detention Hearing</u>.  The United States requests the Court conduct the detention hearing:

☐ At the first appearance, or

☒ After a continuance of three days.

5. <u>Other Matters</u>.

s/Alvin L. Guzman

DATED 8/18/2016                    ALVIN L. GUZMAN
                                   Assistant United States Attorney

2