MICHAEL C. ORMSBY
United States Attorney
Eastern District of Washington
Alvin L. Guzman
Assistant United States Attorney
402 E. Yakima Ave., Suite 210
Yakima, WA 98901
Telephone: (509) 454-4425

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

NOV 08 2016

SEAN F. McAVOY, CLERK
_____DEPUTY
YAKIMA, WASHINGTON

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

   Plaintiff,

vs.

JESSE ALLEN DAUENHAUER,

   Defendant.

NO: 1:16-CR-2065-RMP

SUPERSEDING INDICTMENT

Vio: 18 U.S.C. §§ 922(g)(1)

Felon in Possession of a Firearm and Ammunition

18 U.S.C. § 924, 28 U.S.C. § 2461
Forfeiture Allegations

The Grand Jury charges:

On or about August 13, 2016, in the Eastern District of Washington, the Defendant, JESSE ALLEN DAUENHAUER, having been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess in and affecting interstate commerce firearms and ammunition, to wit, (1) H&R Model 686, .22LR caliber revolver, bearing serial number AX094806; (2) Beretta,

model 92A1, 9 millimeter semi-automatic pistol bearing serial number K57898Z;
(3) Mossberg, model 835 "ULTI-MAG" 12-gauge shotgun bearing serial number UM708662; (4) DPMS Panther Arms, Model A-15, .223 caliber rifle bearing serial number N0021207; (5) four (4) rounds of Winchester, 9 millimeter ammunition with head stamp WIN 9mm LUGER; (6) twelve (12) rounds of Winchester 9 millimeter ammunition with head stamp WCC 87; and (7) eight (8) rounds of Poonsgan .223 ammunition with head stamp PMC 223 REM, which firearms and ammunition had theretofore been transported in interstate and foreign commerce, in violation of 18 U.S.C. §§ 922(g)(1), 924(a)(2).

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in Count 1 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeitures pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c).

Pursuant to 18 U.S.C. § 924(d)(l) and 28 U.S.C. § 2461(c), upon conviction of an offense in violation of 18 U.S.C. § 922(g)(1) as set forth in this Indictment, the Defendant, JESSE ALLEN DAUENHAUER, shall forfeit to the United States of America, any firearms and ammunition involved or used in the commission of the offense(s), including, but not limited to the following:

### FIREARMS

1) H&R Model 686, .22LR caliber revolver, serial number AX094806;
2) Beretta, model 92A1, 9 millimeter semi-automatic pistol, serial number K57898Z;
3) Mossberg, model 835 "ULTI-MAG" 12-gauge shotgun, serial number UM708662;

4) a DPMS Panther Arms, Model A-15, .223 caliber rifle, serial number N0021207;

DATED: November 8, 2016

                                        A TRUE BILL.

                                        Presiding Juror

MICHAEL C. ORMSBY
United States Attorney

Thomas J. Hanlon
Assistant United States Attorney

Alvin L. Guzman
Assistant United States Attorney

INDICTMENT                      3