JOSEPH H. HARRINGTON
Acting United States Attorney
Eastern District of Washington
THOMAS J. HANLON
Assistant United States Attorney
402 E. Yakima Avenue, Suite 210
Yakima, Washington 98901
(509) 454-4425

IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JESSE ALLEN DAUENHAUER,<br><br>Defendant. | NO: 1:16-CR-2065-RMP<br><br>GOVERNMENT'S MOTION IN LIMINE<br>RE: SELF AUTHENTICATING DOCUMENTS<br>Note of Hearing<br>April 11, 2017 at 11:00 am<br>With Oral Argument |

Plaintiff, United States of America, by and through JOSEPH H. HARRINGTON, Acting United States Attorney for the Eastern District of Washington, and THOMAS J. HANLON, Assistant United States Attorney for the Eastern District of Washington, moves *in limine* as follows:

**I. RELEVANT FACTS:**

On February 15, 1995, the Defendant was convicted of Second Degree Murder and First Degree Assault, in Yakima County Superior Court, Cause Number 94-1-01205-9.

On August 13, 2016, the Defendant was arrested as a motor vehicle accident. Several firearms and ammunition were subsequently found in the vehicle.

On November 8, 2016, a Superseding Indictment was filed which charges the Defendant with Felon in Possession of a Firearm and Ammunition. As such, the

Government's Motion In Limine
RE: Self Authenticating Documents

1

government is required to prove that the Defendant is a convicted felon. It is the belief of the United States that the Defendant does not want to enter into a stipulation concerning the fact that he is a convicted felon. As such, the government is required to submit evidence that the Defendant is a convicted felon.

The government intends to offer several self-authenticating documents at trial.

**II. EVIDENCE THAT IS SELF AUTHENTICATING*:***

Fed. R. Evid. 902 establishes several types of documents which are self-authenticating and which do not extrinsic evidence of authenticity in order to be admitted.

Certified Copies of Public Records are self-authenticating and they require no extrinsic evidence of authenticity in order to be admitted. Fed. R. Evid. 902(4).

Fed. R. Evid 902 (4) provides:

The rule provides that a copy of an official record – or a copy of a document that was recorded or filed in a public office as authorized by law –if the copy is certified as correct by:

(A) The custodian or another person authorized to make the certification; or

(B) A certificate that complies with Rule 902(1)(2), or (3), a federal statute, or a rule prescribed by the Supreme Court.

Fed. R. Evid. 803 establishes exceptions to the rule against hearsay-regardless of whether the declarant in available.

Fed. R. Evid. 803(8) provides as relevant here:

Public Records. A record or statement of a public office if:

(A) It sets out:

(i) The office's activities;

(ii) A matter observed while under a legal duty to report, but not including, in a criminal case, a matter observed by law enforcement personnel; and

Government's Motion In Limine
RE: Self Authenticating Documents

2

(B) neither the source of information nor other circumstances indicate a lack of trustworthiness.

In *United States v. Weiland*, 420 F.3d 1062 (9th Cir. 2005), the defendant argued that the district court erred in admitting his fingerprints, photograph, and four records of conviction at trial as they were not properly authenticated. *Id.* at 1071-72. The Ninth Circuit determined that such documents were self-authenticating under Rules 902(4) and 902(2). *Id.* at 1072.

Furthermore, in *Weiland*, the defendant argued that, even if they documents were properly authenticated, they should have been excluded as inadmissible hearsay pursuant to Fed. R. Evid. 802. *Id.* at 1074. The Ninth Circuit observed that "the law of this circuit has long established that public records, including records of conviction, must be admitted, if at all, under Rule 803(8), or in some cases, under a specific hearsay rule, such as Rule 803(22), governing the admission of prior convictions." *Id.* (citing *United States v. Orellana-Blanco*, 294 F.3d 1143, 1149 (9th Cir. 2002); *United States v. Pena-Gutierrez*, 222 F.3d 1080, 1086-87 (9th Cir. 2000)). The Court observed that the fingerprints and photograph were public records of routine and nonadversarial matters that fall within Rule 803(8)(B) and were admissible thereunder. *Id.* The Court held "that the relevant contents of the "penitentiary packet" including documents titled "Judgment and Sentence on Plea of Guilty," the fingerprints, and the photograph, were property admitted pursuant to the public records hearsay exception in Rule 803(8)." *Id.* at 1075.

Here, the government intends to offer the following self-authenticating Certified Copies of Public Records at trial: (1) Second Amended Information; and (2) Judgment and Sentence.[1]

All of the documents are properly certified and comport with Rules 902(4); 902(1); 902(2); 803(8). Therefore, the government submits that such documents are

---

[1] The documents have been attached to this motion and have been marked at Government's Exhibits #1-#3.

Government's Motion In Limine
RE: Self Authenticating Documents

3

admissible and do not require extrinsic evidence of authenticity in order to be admitted.

    Respectfully submitted this 21st day of March, 2017

                  MICHAEL C. ORMSBY
                  United States Attorney

                  s/Thomas J. Hanlon
                  THOMAS J. HANLON
                  Assistant United States Attorney

Government's Motion In Limine
RE: Self Authenticating Documents

4

I hereby certify that on March 21, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael W. Lynch

<pre>
                              s/Thomas J. Hanlon
                              Thomas J. Hanlon
                              Assistant United States Attorney
                              United States Attorney's Office
                              402 E. Yakima Ave., Suite 210
                              Yakima, WA 98901
                              (509) 454-4425
</pre>

Government's Motion In Limine
RE: Self Authenticating Documents

5