IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF YAKIMA

STATE OF WASHINGTON,

    Plaintiff,

vs.

JIMMY MANUEL ZAPIEN
and JESSIE ALLEN DAUENHAUER
aka BRIAN KEITH REEDY,

    Defendant.

NO. 94-1-01205-9

SECOND AMENDED INFORMATION

FILED DEC 01 1994
KIM M. EATON, YAKIMA COUNTY CLERK

TO: JESSIE ALLEN DAUENHAUER aka BRIAN KEITH REEDY;
Address: ███████████ AVENUE, YAKIMA, WA

By this Information (Count I of II), the Prosecuting Attorney accuses you of the crime of:

FIRST DEGREE MURDER - RCW 9A.32.030(1)(a)

The Maximum Penalty is:    CLASS A FELONY
                            LIFE and/or Not More Than $50,000.00

In that you, on or about July 30, 1994, in Yakima County, Washington, with premeditated intent to cause the death of another person, did shoot Mitchell Brian Doan, thereby causing the death of Mitchell Brian Doan, a human being

or in the alternative

ACCOMPLICE TO FIRST DEGREE MURDER - RCW 9A.32.030(1)(a)/9A.08.020

The Maximum Penalty is:    CLASS A FELONY
                            LIFE and/or Not More Than $50,000.00

In that you on or about July 30, 1994, in Yakima County, Washington, acted as an accomplice to another, who with premeditated intent to cause the death of another person, did shoot Mitchell Brian Doan, thereby causing the death of Mitchell Brian Doan;

DATED: December 1, 1994

JEFFREY C. SULLIVAN
Prosecuting Attorney

By: _____
PATRICIA D. POWERS
Deputy Prosecuting Attorney
Washington State Bar No. 6825
Room 329 County Courthouse
Yakima, Washington  98901
(509) 575-4141

DOB ███; Sex:M; Race:W; Ht ███"; Wt:███; Hair:███; Eyes:███;
Agency No.: YPD 94-13443; File No.: A-735-94/PDP/dcd

GOVERNMENT EXHIBIT

IN THE SUPERIOR COURT OF THE STATE OF WASHINGTON
IN AND FOR THE COUNTY OF YAKIMA

STATE OF WASHINGTON,

        Plaintiff,

vs.

JIMMY MANUEL ZAPIEN
and JESSIE ALLEN DAUENHAUER
aka BRIAN KEITH REEDY,

        Defendant.

SECOND AMENDED INFORMATION

NO. 94-1-01205-9

TO: JESSIE ALLEN DAUENHAUER aka BRIAN KEITH REEDY;
Address: ███████████████, YAKIMA, WA

By this Information (Count II of II), the Prosecuting Attorney accuses you of the crime of:

FIRST DEGREE ASSAULT - RCW 9A.36.011(1)(a)

The Maximum Penalty is: CLASS A FELONY
LIFE and/or Not More Than $50,000.00

In that you, on or about July 30, 1994, in Yakima County, Washington, with intent to inflict great bodily harm upon the person of Kimberly A. Wurl, did assault such person with a firearm or deadly weapon, to-wit: .32 caliber pistol, by means or force likely to produce great bodily harm or death of such person;

Notice is hereby given that the .32 caliber pistol alleged to be used and in the possession of the defendant is alleged to be a deadly weapon as defined by RCW 9.94A.310 and 9.94A.125 whereby under those statutory provisions certain sentencings are invoked.

DATED: December 1, 1994

JEFFREY C. SULLIVAN
Prosecuting Attorney

By: _____
PATRICIA D. POWERS
Deputy Prosecuting Attorney
Washington State Bar No. 6825
Room 329 County Courthouse
Yakima, Washington 98901
(509) 575-4141

DOB:███████; Sex:M; Race:W; Ht:███; Wt:███; Hair:███; Eyes:███
Agency: YPD 94-50443; File No.: A-735-94/PDP/dcd

STATE OF WASHINGTON } ss
COUNTY OF YAKIMA

I, [illegible], Clerk of the Superior Court in and for the County of Yakima, State of Washington, do hereby certify that the foregoing instrument is a true and correct copy of the original now on file in my office. In witness whereof, I hereunto set my hand and the seal of said court this ___ day of Aug 20/_
Janelle Riddle, CLERK
By: _____ Deputy

GOVERNMENT EXHIBIT 2

U.S. v. Dauenhauer 7

502 DOCO 096

SUPERIOR COURT OF THE STATE OF WASHINGTON, COUNTY OF YAKIMA

STATE OF WASHINGTON, Plaintiff,

vs. JESSIE ALLEN DAUENHAUER, aka BRIAN KEITH REEDY, Defendant.

SID.NO.: WA13913453

No. 94-1-01205-9

JUDGMENT AND SENTENCE (FELONY)

Motor Vehicle Involved: Yes ☐ No ☐
D.L. # _____

### I. HEARING

1. A sentencing hearing in this case was held: 2-15-95 (DATE) DOB: ____ M/F: M RACE: W

2. Present were:
   JESSIE ALLEN DAUENHAUER aka BRIAN KEITH REEDY, Defendant
   MIKE LYNCH, Defendant's Lawyer
   PATRICIA D. POWERS, Deputy Prosecuting Attorney

3. Count(s) _____ have been dismissed by the court.
4. Defendant was asked if there was any legal cause why judgment should not be pronounced, and none was shown.

### II. FINDINGS

Based on testimony heard, statements by defendant and/or victims, argument of counsel, the presentence report and case record to date, the court finds:

1. CURRENT OFFENSE(S): The defendant was found guilty on 12-9-94 (DATE)
   ☒ by jury verdict
   ☐ by plea of guilty
   ☐ by court trial

   Count No. I  Crime: SECOND DEGREE MURDER
   RCW: 9A.32.050(a)
   Date of Crime: July 30, 1994   Law Enforcement Incident No. Yakima PD #94-13443

   Count No. II  Crime: FIRST DEGREE ASSAULT
   RCW: 9A.36.011(1)(a)
   Date of Crime: July 30, 1994   Law Enforcement Incident No. Yakima PD #94-13443

   Count No. ___  Crime: ___
   RCW: ___
   Date of Crime: ___   Law Enforcement Incident No. ___

   ( ) Count(s) ____ Includes a special verdict/finding for use of a deadly weapon/sexual motivation, attached hereto.
   ( ) Count(s) ____ Current offenses encompassed the same criminal conduct and count as one crime in determining the offender score.
   ( ) Additional current offenses are attached in Appendix A.

2. CRIMINAL HISTORY: Prior criminal history used in calculating the offender score (RCW 9.94A.360):

| CRIME | SENTENCING DATE | ADULT/JUVENILE | CRIME DATE | CRIME TYPE |
|---|---|---|---|---|
|  |  |  |  |  |
|  |  |  |  |  |

FILED
FEB 15 1995
KIM M. EATON, YAKIMA COUNTY CLERK

( ) Additional criminal history is attached in Appendix B.

3. OTHER CURRENT CONVICTIONS Under other cause number used to determine offender score.

| CRIME | CAUSE NUMBER |
|---|---|
|  |  |

| SENTENCING DATA | OFFENDER SCORE | OFFENSE SCORE | RANGE | MAXIMUM TERM |
|---|---|---|---|---|
| Count No. I | 0 | XIII | 123-164 | LIFE |
| Count No. II | 0 | XII | 93-123 | Life |
| Count No. | | | | |

( ) Additional current offense(s) sentencing information is attached in Appendix C.

5. EXCEPTIONAL SENTENCE: ( ) Substantial and compelling reasons exist which justify a sentence (above) (below) the standard range for Count(s) _____. See Appendix D.

### III. JUDGMENT

IT IS ADJUDGED that defendant is guilty of the crime(s) of: Ct.I:SECOND DEGREE MURDER; Ct.II:FIRST DEGREE ASSAULT;

### IV. ORDER

IT IS ORDERED, that the defendant serve the determinate sentence and abide by the conditions set forth below.

1. THE DEFENDANT shall pay the financial obligations as set forth in APPENDIX E. The defendant shall be under the jurisdiction to this court and the Department of Corrections, Community Corrections Office, Yakima, or such other office as may be designated, for up to 10 years for purposes of payment of the financial obligations. During the time payments remain due, the Office may order the defendant to report to a community corrections officer, remain within prescribed geographical boundaries, and/or notify the office of changes in address and employment.
2. OTHER orders and conditions follow on the attached pages of this Judgment.

File # A-0735-94/PD

GOVERNMENT EXHIBIT 3

8
U.S. v. Dauenhauer

| JESSIE ALLEN DAUENHAU aka BRIAN KEITH REEDY, | WA13913453 |
|---|---|
| DEFENDANT'S NAME | SID NUMBER |

### CONFINEMENT OVER ONE YEAR

1. Defendant is sentenced to a term of total confinement in the custody of the Department of Corrections as follows:
   - 155 ~~164~~ Months for Count No. I
   - 96 ~~123~~ Months for Count No. II
   - _____ Months for Count No. _____
   - _____ Months for Count No. _____
   - _____ Months for Count No. _____
   - _____ Months for Count No. _____

( ) The terms in Counts _____ are concurrent for a total term of _____ months.
(X) The terms in Counts I, II are consecutive for a total term of ~~287~~ 251 months.
( ) The sentence herein shall run (concurrently) (consecutively) with the sentence in _____
(X) Defendant shall comply with all the mandatory provisions of RCW 9.94A.120(8b) and as many of those in RCW 9.94A.120(8c) as deemed appropriate by his/her Community Corrections Officer.

CREDIT is given for 170 days served.

The following Appendices are attached to this Judgment and Sentence and are incorporated by reference:

( ) A, Additional Current Offenses.
( ) B, Additional Criminal History
( ) C, Current Offense(s) Sentencing Information.
( ) D, Exceptional Sentencing Findings of Fact and Conclusions.
(X) E, Financial Order.

(x) Defendant shall have no contact with Kimberly Wurl for the duration of his life.
(x) Defendant shall have no contact with any member of the family of the deceased for the duration of his life.

DATE: February 15, 1995

_____
(JUDGE) (JUDGE PRO TEM)

Presented by:

_____
Deputy Prosecuting Attorney
PATRICIA D. POWERS, WSB #6825

Approved as to form:

_____
Attorney for Defendant

THE STATE OF WASHINGTON                    WARRANT OF COMMITMENT
To: The Sheriff of Yakima County.

The defendant JESSIE ALLEN DAUENHAUER aka BRIAN KEITH REEDY has been convicted in the Superior Court of the State of Washington of the crime(s) of:

Ct.I: SECOND DEGREE MURDER;
Ct.II: FIRST DEGREE ASSAULT;

and the court has ordered that the defendant be punished as set out in the attached Judgment and Sentence.
Defendant shall receive credit for time served as ordered.

YOU, THE SHERIFF, ARE COMMANDED to take and deliver the defendant to the proper officers of the Department of Corrections.

YOU, THE PROPER OFFICERS OF THE DEPARTMENT OF CORRECTIONS, ARE COMMANDED to receive the defendant for classification, confinement and placement as ordered in the Judgment and Sentence.

DATE: February 15, 1995

ADDRESS OF DEFENDANT:
_____
_____

By the Direction of the Honorable
MICHAEL LEAVITT
(JUDGE) (JUDGE PRO TEM)
BETTY McGILLEN
Clerk
By: _____
Deputy Clerk

SUPERIOR COURT OF THE STATE OF WASHINGTON; COUNTY OF YAKIMA

| STATE OF WASHINGTON | ) Plaintiff. ) |
|---|---|
| vs. | ) No. 94-1-01205-9 |
| JESSIE ALLEN DAUENHAUER, aka BRIAN KEITH REEDY, | ) FINANCIAL ORDER ) APPENDIX E |
| SID NO.: WA13913453 | ) Defendant. ) |

THE defendant having been found guilty of a felony, and represented by lawyer __Mike Lynch__ and a Judgment and Sentence being entered; the court finds the following financial obligations have been incurred by the defendant's acts and conviction, and that the defendant has the ability to pay;

IT IS ORDERED:

1. COSTS AND ASSESSMENTS
   a. The defendant shall pay to the Yakima County Clerk, Room 323 Yakima County Courthouse, Yakima, Washington 98901, court costs in the amount of $__TBD__; victim assessment in the amount of $__100.00__; Fine in the amount of $_____; Interpreter costs in the amount of $_____; Lab Fee in the amount of $_____.
   b. These costs shall be paid to the Clerk, address above, in __180__ days
      ☐ of release.
      ☒ after restitution is paid in full.
   c. ☐ (Check if applicable).
      The defendant shall pay costs as ordered above, in part or in full, from funds held by the _____ who is ordered to apply such funds and make such payments to the Clerk after full payment of the narcotics assessment in Paragraph 4 below has been made from these funds. If there are no funds or all costs and assessments have not been satisfied, the defendant shall pay the same upon legal re-entry into the United States.

2. ATTORNEY COST RECOUPMENT
   a. Defendant shall pay to the Yakima County Clerk, address above, $__350.00__ as recoupment for attorney fees.
   b. These costs shall be paid to the Clerk, address above, in __270__ days
      ☐ of release.
      ☒ after restitution is paid in full.
      ☐ Paragraph 1.c shall be enforced.

3. RESTITUTION
   a. The defendant shall pay restitution in the amount of $__100.00 subject to modification.__
   b. ☒ (Check if applicable.) The amount of restitution shall be determined by the Prosecuting Attorneys Office within __60__ days of this order, and notice given through the Department of Corrections.
   c. MANNER AND PLACE OF PAYMENT. Payment shall be made at the Yakima County Clerk's Office, Room 323 Yakima County Courthouse, Yakima, Washington.
      Restitution shall be paid
      ☐ at the rate of $_____ per month.
      ☒ at a rate to be determined by the Department of Corrections within 30 days of this date.
      Restitution payments shall be completed by_____

4. NARCOTIC ASSESSMENT
   a. The defendant shall pay a narcotics assessment to the Yakima County Clerk's Office, address above, in the amount of $_____ for the _____ Narcotics Unit, in _____ days of the date hereof.
      ☐ Paragraph 1.c. shall be enforced.
   b. Payments shall be in the amount of $_____ monthly, and all payments shall be completed by_____.

5. SUPERVISION COSTS
   a. The defendant shall pay supervision costs in an amount to be determined by the community corrections officer if the defendant has been placed on community supervision. Payments are to be made to the Department of Corrections.
      It is further ordered that the Department of Corrections may issue a notice of payroll deduction or take other income-withholding action under RCW 9.94A, without further notice to the defendant.

6. REPORTING REQUIREMENT
   a. Defendant shall report to the Department of Corrections at _____ Street, Yakima, WA., within 24 hours of this date or release from total or partial confinement.

DATED __February 15, 1995__

_____ (JUDGE) (JUDGE PRO TEM)

STATE OF WASHINGTON
COUNTY OF YAKIMA
I, Janelle Riddle, Clerk of the above entitled court, do hereby certify that the foregoing is a true copy of the original now on file in my office. In witness whereof, I hereunto set my hand and the seal of said court this ___ day of ___ 20__

Janelle Riddle, CLERK
By _____ Deputy

ROLL502 DOC0097

SUPERIOR COURT OF THE STATE OF WASHINGTON FOR YAKIMA COUNTY

STATE OF WASHINGTON,  )
                      )
          Plaintiff,  )  NO. 94-1-01205-9
                      )
    vs.               )  FINGERPRINT CERTIFICATE OF
Jesse Dauenhauer,     )  ATTESTATION
                      )
          Defendant,  )



FILED
FEB 15 1995
KIM M. EATON, YAKIMA COUNTY CLERK

CERTIFICATE

STATE OF WASHINGTON  )
                     ) ss.
County of Yakima     )

I, Kim M. Eaton, Yakima County Clerk and ex-officio Clerk of the Superior Court, hereby attest that the fingerprints appearing on this certificate are the fingerprints of the above-named defendant, and were affixed in open court on

February 15, 1995.

KIM M. EATON, Yakima County Clerk

_____
Deputy Clerk

fprints (6-93)

STATE OF WASHINGTON } ss
COUNTY OF YAKIMA

I, Janelle Riddle, Clerk of the above entitled court, do hereby certify that the foregoing instrument is a true and correct copy of the original now on file in my office. In witness whereof I hereunto set my hand and the seal of said court this 22 day of Aug 20 16
Janelle Riddle, CLERK
By _____ Deputy